NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

| | |
|---|---|
| In the Interest of D.D.B., a child.<br><br>D.B.,<br><br>           Appellant,<br><br>v.<br><br>DEPARTMENT OF CHILDREN and FAMILIES and GUARDIAN AD LITEM PROGRAM,<br><br>           Appellees. | Case No. 2D18-115 |

Opinion filed August 17, 2018.

Appeal from the Circuit Court for
Highlands County; Angela J. Cowden,
Judge.

Amanda Peterson of Law Offices of
Peterson, P.A., Mulberry, for Appellant.

Sara Elizabeth Goldfarb of Guardian
ad Litem Program, Tallahassee, for
Appellee Guardian Ad Litem Program.

Stephanie C. Zimmerman of Children's
Legal Services, Bradenton, for Appellee
Department of Children and Families.


PER CURIAM.

      Affirmed.

CASANUEVA, CRENSHAW, and SALARIO, JJ., Concur.